# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| LAMAR TOLDEN, *on behalf of himself and all others similarly situated*, ) ) ) ) Plaintiff, ) ) vs. ) ) THE CITY'S FINEST, LLC, *et al.*, ) ) Defendants. ) | Case No. 4:23-cv-01535-MTS |

## ORDER OF DISMISSAL

For the reasons stated in the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

Dated this 21st day of January 2025.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE